# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3689
_____

OMAR LOUREIRO,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

May 10, 2024


PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Omar Loureiro, pro se, Appellant.

Ashley Moody, Attorney General, and Juanita Villalpando, Assistant Attorney General, Tallahassee; Dan Johnson, General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.